Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri Foothills, Missouri  Foothills, Missouri